PROB 12B
(Rev. 3/12)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF NORTH DAKOTA

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is attached)*

| | |
|---|---|
| Name of Offender: Christopher Ryan Ringsrud-Knowles | Case Number:   0868 3:16CR00089 |
| Name of Sentencing Judicial Officer:   Ralph R. Erickson Circuit Judge Sitting By Designation | |
| Date of Original Sentence:   5/17/2017 | |
| Original Offense:   Evidence Tampering, 18 USC 1512(c)(1) | |
| Original Sentence:   50 months confinement, 3 years supervised release | |
| Type of Supervision:   Supervised Release | Date Supervision Commenced:   5/10/2019 |

### PETITIONING THE COURT

☐   To extend the term of supervision for _____ Years, for a total term of _____ Years.
☒   To modify the conditions of supervision as follows:

You will be monitored by the form of location monitoring indicated below for a period of 80 days and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation Officer:

Active GPS Monitoring.

The form of location monitoring technology shall be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release:

You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the officer (Home Detention).

### CAUSE

In October of 2021, a report was filed with the Court noting Mr. Ringsrud Knowles struggles with maintaining his sobriety. He was referred to chemical dependency programming. Since that time, Mr. Ringsrud Knowles has not been attending programing regularly and failing to report for random drug testing. On February 4, 2022, Mr. Ringsrud Knowles, following submitting to drug testing, admitted use of marijuana on approximately January 30, 2022; and 3 pills of Tramadol without a prescription on approximately February 3, 2022. It is hoped location monitoring will provide Mr. Ringsrud Knowles with

PROB 12B
(Rev. 2/13)
Ringsrud-Knowles, Christopher
0868 3:16CR00089

the accountability he needs to follow through with attending programming and reporting for drug tests. Should additional issues arise, Court intervention will be pursued.

Respectfully submitted,

By: /s/ Megan Scherf
U.S. Probation Officer
Date: February 10, 2022

THE COURT ORDERS:

☐ No action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

Signature of Judicial Officer

02-14-2022
Date

PROB 49
(Rev. 2/2013)

# UNITED STATES DISTRICT COURT

for

### DISTRICT OF NORTH DAKOTA

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By assistance of counsel, I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You will be monitored by the form of location monitoring indicated below for a period of 80 days and shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the U.S. Probation Officer: Active GPS Monitoring. The form of location monitoring technology shall be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release: You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse or mental health treatment, attorney visits, court appearances, court-ordered obligations or other activities as pre-approved by the officer (Home Detention).

_____
Megan Scherf
U.S. Probation Officer

_____   2/10/22
Christopher Ringsrud-Knowles    Date